1  TOMIO B. NARITA (SBN 156576)
   WINEBERG, SIMMONDS & NARITA LLP
2  44 Montgomery Street, Suite 3880
   San Francisco, CA 94104-4811
3  Telephone: (415) 352-2200
   Facsimile:   (415) 352-2222
4
   Attorneys for Defendants
5  Kimberly R. Krauss and
   Credit Solutions Corporation                    **E-filed 8/29/05**
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  LORI AMBER,                    )   CASE NO.: C 05 02491 HRL
                                   )
13            Plaintiff,           )
                                   )
14       vs.                       )   **STIPULATION AND ~~[PROPOSED]~~
                                   )   ORDER RE DEFENDANTS' TIME TO
15  KIMBERLY R. KRAUSS, and        )   ANSWER COMPLAINT**
    CREDIT SOLUTIONS CORP.,        )
16                                 )
                                   )
17            Defendants.          )
                                   )
18  _____ )

19

20

21

22

23

24

25

26

27

28

1    The parties, by and through their counsel, hereby stipulate and agree that defendants

2  shall have an additional three weeks to Answer the complaint in this action.  The defendants'

3  Answer to the complaint shall be filed on or before September 12, 2005.

4

5

6  DATED: August 23, 2005                WINEBERG, SIMMONDS & NARITA LLP
                                         TOMIO B. NARITA
7

8

9                                        By:_____/s Tomio Narita_____
10                                           Tomio B. Narita
                                             Attorneys for Defendants
11                                           Credit Solutions Corporation and
                                             Kimberly R. Krauss
12

13  DATED: August 23, 2005                RONALD WILCOX

14

15

16                                        By:_____/s Ronald Wilcox_____
17                                           Ronald Wilcox
                                             Attorneys for Plaintiff Lori Amber
18

19
    SO ORDERED.
20

21

22  DATED ___8/29_____, 2005        By:Judge Jeremy Fogel /s/electronic signature authorized
23                                          United States District Court

24

25

26

27

28