Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**E-filed 10/21/05**

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LORI AMBER,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY R. KRAUSS, and<br>CREDIT SOLUTIONS CORP.,<br><br>Defendants. | Civil Action No. 05-02491 JF HRL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [~~PROPOSED~~] ORDER<br><br>**Date: 10/28/05**<br>**Time: 10:30 am** |

The parties hereby stipulate to continue the Case Management Conference from October 28, 2005 to November 18, 2005. The parties shall file a Joint Case Management Conference Statement by November 11, 2005.

Dated: 10/14/05         /s/Ronald Wilcox
                        Ronald Wilcox, Attorney for Plaintiff

Dated: 10/14/05         _____
                        TomioNarita, Attorney for Defendants

1

## [PROPOSED] ORDER

It is so **ORDERED**.

Dated: 10/21/05

Jeremy Fogel /s/electronic signature authorized
_____
U.S. DISTRICT JUDGE