1

Ronald Wilcox, Esq., State Bar No. 176601                **E-filed  1/5/06**

2   2160 The Alameda, First Floor, Suite F
San Jose, CA 95126

3   Tel: (408) 296-0400
Fax: (408) 296-0486

4   ronaldwilcox@post.harvard.edu

5
**ATTORNEY FOR PLAINTIFF**

6
**UNITED STATES DISTRICT COURT**

7   **NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

8

9   LORI AMBER,                                  )
)
10                                               )
)
11              Plaintiff,                       )        Civil Action No. 05-02491 JF HRL
)
12          v.                                   )
)        STIPULATION REQUESTING
13   KIMBERLY R. KRAUSS, and                     )        EXTENSION OF TIME TO
CREDIT SOLUTIONS CORP.,                   )        CONDUCT ENE & [~~PROPOSED~~] ORDER
14                                               )
)
           Defendants.                       )
15 _____ )

16

17          Defendants have limited availability at this time.  Thus, the parties hereby request the

18   Court enter an Order allowing the ENE to take place on any date up to February 23, 2006.

19   Defendants shall, on or before January 2, 2006, provide plaintiff with three available dates.

20
Dated: 12/22/05                          /s/Ronald Wilcox_____
21                                            Ronald Wilcox, Attorney for Plaintiff

22
Dated: 12/22/05
23
                                         TomioNarita, Attorney for Defendants
24

25

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[~~PROPOSED~~] ORDER

It is so **ORDERED**.

Dated:  1/5/06 _____      Jeremy Fogel /s/electronic signature authorized
                                    _____
                                    U.S. DISTRICT JUDGE