1

Ronald Wilcox, Esq., State Bar No. 176601     **E-filed 2/14/06**

2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4

5  **ATTORNEY FOR PLAINTIFF**

6              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
7                        **SAN JOSE DIVISION**

8  LORI AMBER,                              )
                                            )   Civil Action No. 05-02491 JF HRL
9                                           )
            Plaintiff,                      )   **REQUEST TO CONTINUE CASE**
10                                          )   **MANAGEMENT CONFERENCE and**
            v.                              )   **[PROPOSED] ORDER**
11                                          )
   CREDIT SOLUTIONS CORP. and               )   Date:   February 17, 2006
12 KIMBERLY R. KRAUSS,                      )   Time:   10:30 A.M.
                                            )
13          Defendants.                     )
                                            )
14 _____)

15
        The parties are going to ADR on February 16, 2006.  Thus, the parties request to continue
16
   the Case Management Conference from February 17, 2006 to March 17, 2006.
17

18
   Dated: 2/10/06                           /s/Ronald Wilcox_____
19                                          Ronald Wilcox, Attorney for Plaintiff

20

21                          **[PROPOSED] ORDER**

22 The Case Management Conference shall be continued to __3/24/06_____ at _10:30_____.

23      It is so **ORDERED**.

24

25 Dated: __2/14/06_____          _____
                                       U.S. DISTRICT JUDGE JEREMY FOGEL

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER      1
Case No. 05-02491 JF HRL