**E-filed 3/20/06**

TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222
tnarita@wsnlaw.com
jtopor@wsnlaw.com

Attorneys for Defendants
Kimberly R. Krauss and
Credit Solutions Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI AMBER, | CASE NO.: C05-02491 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| KIMBERLY R. KRAUSS, and CREDIT SOLUTIONS CORP. | |
| Defendants. | |

The undersigned parties, personally, and by and through their counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims asserted by plaintiff Lori Amber in this action.

DATED: <u>March 14, 2006</u>      By:   <u>  /Ronald Wilcox/                    </u>
                                              Ronald Wilcox
                                              Attorney for Plaintiff Lori Amber

AMBER V. CREDIT SOLUTIONS CORPORATION, ET AL. (C05 02491 JF)
STIPULATION RE DISMISSAL

| | |
|---|---|
| DATED: March 14 , 2006 | By:     /Tomio B. Narita/ |
| | Tomio B. Narita |

Attorneys for Defendants Credit Solutions Corporation and Kimberly R. Krauss

SO ORDERED.

3/20/06

By: _____

Honorable Jeremy Fogel
United States District Judge

---

AMBER V. CREDIT SOLUTIONS CORPORATION, ET AL. (C05 02491 JF)
STIPULATION RE DISMISSAL                                                                 2.